UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| SUSAN HINDS, individually, and as CEO of Strategic Management Harmony, LLC, and BFC SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 4:05-cv-180-DFH-WGH |
| ENHANCED BUSINESS REPORTING CONSORTIUM, INC., GRANT THORNTON, LLP, PRICEWATERHOUSE COOPERS, LLP, AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, MICROSOFT, INC., MIKE STARR, as managing partner of Grant Thornton, LLP, and as a founding partner of Enhanced Business Reporting Consortium, Inc., JOHN O'CONNER, as Chairman of Services of Priceswaterhouse Coopers, LLP, and as a founding partner of Enhanced Business Reporting Consortium, Inc., ALAN ANDERSON, as Senior Vice President of Member Services of American Institute of Certified Public Accountants and as a founding partner of Enhanced Business Reporting Consortium, Inc., and BOB LAUX, as Director of Financial Reporting for Microsoft, Inc., and as a founding partner of Enhanced Business Reporting Consortium, Inc., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER ON PLAINTIFF'S HARDSHIP MOTIONS TO
REQUEST COURT TO ISSUE PLAINTIFF'S SUBPOENAS**

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on Plaintiff's Hardship Motions to Request Court to Issue Plaintiff's, Pro Se Status, Subpoena's [sic] filed on April 28, 2009, and May 1, 2009.

-2-

(Docket Nos. 259, 261). Defendant Grant Thornton, LLP, filed its Continued Opposition to Plaintiff's Renewed Motions to Issue Subpoenas and For Sanctions on May 8, 2009. (Docket No. 262). Ms. Hinds filed a reply brief on May 15, 2009. (Docket No. 263).

The Magistrate Judge, being duly advised, hereby **DENIES** both of the plaintiff's motions because the subpoenas requested continue to have procedural defects and are overly broad with respect to the information they seek to have produced. Ms. Hinds is encouraged to seek the assistance of counsel in this matter, and specifically to seek assistance of counsel in drafting any further subpoenas which she wishes the court to consider issuing.

**SO ORDERED.**

Dated:  June 22, 2009

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Copies to:**

SUSAN HINDS
1313 Gleneagles Place
Greendale, IN 47025

Michael J. Buddendeck
AMERICAN INSTITUTE OF CERTIFIED
  PUBLIC ACCOUNTANTS
mbuddendeck@aicpa.org

M. Faiyaz Hussain
GRANT THORNTON LLP
175 W. Jackson Blvd.
Chicago, IL 60604

-3-

Steven P. Langdon
FROST BROWN & TODD, LLC
slangdon@fbtlaw.com

Gray A. Mateo
NEAL, GERBER & EISENBERG, LLP
gmateo@ngelaw.com

Joseph W. Muccia
THOMPSON HINE LLP
joseph.muccia@thompsonhine.com

Sandra H. Perry
BOSE MCKINNEY & EVANS, LLP
sperry@boselaw.com

David Brian Ritter
NEAL GERBER & EISENBERG LLP
dritter@ngelaw.com

William Michael Sunkel
WINSTON & STRAWN LLP
wsunkel@winston.com

David L. Swider
BOSE MCKINNEY & EVANS, LLP
dswider@boselaw.com