UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| SUSAN HINDS, individually, and as CEO of Strategic Management Harmony, LLC, and BFC SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 4:05-cv-180-DFH-WGH |
| ENHANCED BUSINESS REPORTING CONSORTIUM, INC., GRANT THORNTON, LLP, PRICEWATERHOUSE COOPERS, LLP, AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, MICROSOFT, INC., MIKE STARR, as managing partner of Grant Thornton, LLP, and as a founding partner of Enhanced Business Reporting Consortium, Inc., JOHN O'CONNER, as Chairman of Services of Priceswaterhouse Coopers, LLP, and as a founding partner of Enhanced Business Reporting Consortium, Inc., ALAN ANDERSON, as Senior Vice President of Member Services of American Institute of Certified Public Accountants and as a founding partner of Enhanced Business Reporting Consortium, Inc., and BOB LAUX, as Director of Financial Reporting for Microsoft, Inc., and as a founding partner of Enhanced Business Reporting Consortium, Inc., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFFS'
SUPPLEMENTAL MOTION TO COMPEL**

This matter is before the Honorable William G. Hussmann, Jr., United,

States Magistrate Judge, upon Plaintiff's Supplemental Motion to Compel Based

on Court Order Dated August 20, 2009, filed September 3, 2009. (Docket No. 308). Defendant Grant Thornton LLP filed its response in opposition on September 21, 2009. (Docket Nos. 319-20). Plaintiff filed a reply brief on October 15, 2009. (Docket No. 330).

      The Magistrate Judge has reviewed the privilege log submitted by Defendant Grant Thornton LLP ("Grant Thornton") and the arguments of the parties in their briefs. The Magistrate Judge concludes that Grant Thornton's assertion of the attorney-client privilege is well-taken with respect to all of the documents listed in the privilege log, except for certain documents which are discussed further below. The Magistrate Judge concludes that the documents other than those described below are protected by the attorney-client privilege and that privilege was not waived for the specific reasons described in Grant Thornton's brief at pages 3 and 4.

      There are certain documents which the Magistrate Judge believes must be reviewed *in camera* before further determination can be made as to whether they are protected by the attorney-client privilege. Those documents are as follows:

      1. Documents GTSHOOO3-05, 0008, 0871-72, and 0883-86 must be reviewed *in camera* to determine whether they, in fact, contain legal advice or mental impressions.

      2. Documents GTSH0158, 0164-67, 0178, 0184, and 0197 must also be reviewed *in camera* to determine whether those representations concerning an attorney's legal advice or mental impressions are well placed.

Grant Thornton shall provide the above listed documents for *in camera* review by the Magistrate Judge within fifteen (15) days of the date of this entry.

Therefore, Plaintiff's Supplemental Motion to Compel is **GRANTED, in part,** and **DENIED, in part.** The Magistrate Judge will enter an additional order concerning the remaining documents after *in camera* review.

**SO ORDERED.**

Dated:  October 20, 2009

                                                  William G. Hussmann, Jr.
                                                  United States Magistrate Judge
                                                  Southern District of Indiana

**Copies to:**

SUSAN HINDS
1313 Gleneagles Place
Greendale, IN 47025

Michael J. Buddendeck
AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
mbuddendeck@aicpa.org

M. Faiyaz Hussain
GRANT THORNTON LLP
175 W. Jackson Blvd.
Chicago, IL 60604

Steven P. Langdon
MCNEELY STEPHENSON THOPY & HARROLD -NA
splangdon@msth.com

Gray A. Mateo
NEAL, GERBER & EISENBERG, LLP
gmateo@ngelaw.com

Joseph W. Muccia
THOMPSON HINE LLP
joseph.muccia@thompsonhine.com

Sandra H. Perry
BOSE MCKINNEY & EVANS, LLP
sperry@boselaw.com

Gene F. Price
FROST BROWN & TODD
gprice@fbtlaw.com

David Brian Ritter
NEAL GERBER & EISENBERG LLP
dritter@ngelaw.com

William Michael Sunkel
WINSTON & STRAWN LLP
wsunkel@winston.com

David L. Swider
BOSE MCKINNEY & EVANS, LLP
dswider@boselaw.com