UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SUSAN HINDS, individually, and as CEO of Strategic Management Harmony, LLC, and BFC SOLUTIONS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   4:05-cv-180-DFH-WGH ) |
| ENHANCED BUSINESS REPORTING CONSORTIUM, INC., GRANT THORNTON, LLP, PRICEWATERHOUSE COOPERS, LLP, AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, MICROSOFT, INC., MIKE STARR, as managing partner of Grant Thornton, LLP, and as a founding partner of Enhanced Business Reporting Consortium, Inc., JOHN O'CONNER, as Chairman of Services of Pricewaterhouse Coopers, LLP, and as a founding partner of Enhanced Business Reporting Consortium, Inc., ALAN ANDERSON, as Senior Vice President of Member Services of American Institute of Certified Public Accountants and as a founding partner of Enhanced Business Reporting Consortium, Inc., and BOB LAUX, as Director of Financial Reporting for Microsoft, Inc., and as a founding partner of Enhanced Business Reporting Consortium, Inc., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL ORDER ON PLAINTIFFS'
SUPPLEMENTAL MOTION TO COMPEL**

This matter is before the Honorable William G. Hussmann, Jr., United,

States Magistrate Judge, pursuant to his Order on Plaintiffs' Supplemental Motion

to Compel entered October 20, 2009. (Docket No. 332). In accordance with that order, Defendant Grant Thornton LLP provided for *in camera* review by the Magistrate Judge documents GTSH0003-05, 0008, 0871-72, 0883-86, 0158, 0164-67, 0178, 0184, and 0197.

Upon review, the Magistrate Judge finds that documents GTSH0008, 0883, 0884, 0885, 0886, and 0178 are documents in which transmitters and recipients discuss drafts of letters intended to be sent to the Plaintiff that contain an attorney's legal advice or mental impressions. Plaintiff's Supplemental Motion to Compel is **DENIED** as to those documents, and they need not be produced.

The remainder of the documents submitted for *in camera* review (GTSH0003-05, 0871-72, 0158, 0164-67, 0184, 0197) do not contain legal advice or mental impressions. Therefore, Plaintiff's Supplemental Motion to Compel as to these documents is **GRANTED,** and they must be disclosed to the Plaintiff within ten (10) days of the date of this order.

**SO ORDERED.**

**Dated:** November 9, 2009

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Copies to:**

SUSAN HINDS
1313 Gleneagles Place
Greendale, IN 47025

Michael J. Buddendeck
AMERICAN INSTITUTE OF CERTIFIED
   PUBLIC ACCOUNTANTS
mbuddendeck@aicpa.org

M. Faiyaz Hussain
GRANT THORNTON LLP
175 W. Jackson Blvd.
Chicago, IL 60604

Steven P. Langdon
MCNEELY STEPHENSON THOPY & HARROLD -NA
splangdon@msth.com

Gray A. Mateo
NEAL, GERBER & EISENBERG, LLP
gmateo@ngelaw.com

Joseph W. Muccia
THOMPSON HINE LLP
joseph.muccia@thompsonhine.com

Sandra H. Perry
BOSE MCKINNEY & EVANS, LLP
sperry@boselaw.com

Gene F. Price
FROST BROWN & TODD
gprice@fbtlaw.com

David Brian Ritter
NEAL GERBER & EISENBERG LLP
dritter@ngelaw.com

William Michael Sunkel
WINSTON & STRAWN LLP
wsunkel@winston.com

David L. Swider
BOSE MCKINNEY & EVANS, LLP
dswider@boselaw.com